UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANDRIA MORRIS PERKINS O/B/O T.M.,, <br><br>           Plaintiff, <br><br>     vs. <br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, <br><br>           Defendant. | CASE NO. SA CV 08-01083 (RZ) <br><br> ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE |

By Order Regarding Further Proceedings filed on October 14, 2008, Plaintiff was ordered to file a Memorandum in Support of Plaintiff's Complaint within thirty (30) days after service of Defendant's responsive pleading and a copy of the administrative record. (Order, ¶ 5.) Defendant filed and served his Answer and the administrative record on February 11, 2009. The docket sheet shows that, as late as the date of this Order, Plaintiff has not filed a Memorandum in Support of Plaintiff's Complaint. Plaintiff has failed to comply with the Court's order.

Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, Plaintiff shall show cause in writing why this action should not be dismissed. If Plaintiff fails to file a written objection to dismissal of this action within the time specified, her failure will be deemed to be consent to a dismissal as against Defendant. The filing of

a Plaintiff's Memorandum in Support of Complaint within 20 days, shall discharge the order to show cause.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order on the attorneys for all parties appearing in this action.

DATED: March 23, 2009

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

- 2 -